IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIOLETTE SUSU and JERIES SOUSOU,

    Plaintiffs,

  v.

BANK OF NEW YORK MELLON f/k/a The BANK OF NEW YORK, as trustee for THE CERTIFICAHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82,

    Defendants.

No. C 18-07813 WHA

**ORDER OF DISMISSAL**

The Court called this case for hearing today and plaintiffs failed to appear. Therefore, plaintiffs' case is hereby **DISMISSED** for failure to prosecute. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: April 4, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE